No. 97–7665. PALMA RUEDAS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–7666. PARKS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–7668. ONOFRE-SEGARRA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–7674. WATKINS *v.* MORGAN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 97–7676. WAGNER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–650. DALLAS MORNING NEWS *v.* UNITED STATES ET AL. C. A. 10th Cir. Motion of respondent Terry L. Nichols for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 97–745. CHOINA *v.* E. I. DU PONT DE NEMOURS & CO. C. A. 5th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 97–905. GALVAO *v.* GILLETTE CO. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 97–6993. CRAIG *v.* MARTIN. C. A. 10th Cir. Certiorari before judgment denied.